UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN ADMIRALTY

CASE NO.: 22-cv-22887-KMW

Peninsula Petroleum Limited,

    Plaintiff,

v.

Aum Scrap and Metals Waste Trading LLC, et al.,

    Defendant and Garnishee.

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Peninsula Petroleum Limited, pursuant to Fed. R. Civ. P. 41, dismisses this action **without prejudice**, each party to bear its own respective attorneys' fees and costs.

Dated: September 20, 2022.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177
Facsimile: (305) 663-0146

**BY:       //S// Jonathan S. Cooper, Esq.**
Jonathan S. Cooper, Esq.
Florida Bar Number: 99376
Email: jcooper@shiplawusa.com

**BY:       //S// Robert W. Blanck, Esq.**
Robert W. Blanck, Esq.
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com

/s/ J. Stephen Simms
J. Stephen Simms (admitted *pro hac vice*)
Simms Showers LLP
201 International Circle, Suite 230
Baltimore, Maryland 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

Counsel to Peninsula Petroleum Limited